UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 26-2276-MWF(DFMx)**                    Date:  March 24, 2026

Title      ***Ivan Shatailo v. United States Citizenship and Immigration Services USCIS, et al.***

Present: The Honorable:    MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:  (IN CHAMBERS) ORDER TO SHOW CAUSE**

A review of the docket in this action reflects that on February 18, 2026, Plaintiff Ivan Shatailo filed a Complaint against Defendants United States Citizenship and Immigration Services USCIS, Pamela Bondi, Joseph B. Edlow, Kristi Noem, and Bilal A. Essayli.  (Complaint (Docket No. 1)).  Pursuant to Federal Rule of Civil Procedure 4(m), the time to serve Defendants with the Summons and Complaint will expire on May 19, 2026.

On March 16, 2026, Plaintiff filed five Proofs of Service ("POS").  Each POS reflects that Plaintiff sent Priority Mail Express packages that were received as follows:

- Bilal A. Essayli, on March 12, 2026 (Docket No. 15).
- USCIS, on March 13, 2026 (Docket No. 16).
- Kristi Noem, on March 13, 2026 (Docket No. 17).
- Joseph B. Edlow, on March 13, 2026 (Docket No. 18).
- Pamela Bondi, on March 16, 2026 (Docket No. 19).

The requirements to properly serve the United States and its agencies, corporations, officers, or employees are set forth at Federal Rule of Civil Procedure 4(i).  The Proofs of Service filed by Plaintiff do not reflect that Defendants have been properly served.  As one example, Plaintiff has not served the Civil Process Clerk of the United States Attorney's Office for the Central

---

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.    **CV 26-2276-MWF(DFMx)**                    Date:  March 24, 2026

Title        ***Ivan Shatailo v. United States Citizenship and Immigration Services USCIS, et al.***

District of California.  *See* Federal Rules of Civil Procedure 4(i)(1)(A) and (B), 4(i)(2).

Plaintiff must file proofs of service reflecting that he has properly served Defendants as required by Federal Rule of Civil Procedure 4(i) no later than **MAY 19, 2026**.  Plaintiff is warned that failing to file proper proofs of service on or before that date may result in dismissal of this action.

IT IS SO ORDERED.

The Court cannot provide legal advice to any party.   However, Plaintiff is again encouraged to review the Self-Representation Order (Docket No. 10) filed on March 6, 2026.  Plaintiff may also seek assistance from the Pro Se Clinic, https://prose.cacd.uscourts.gov/.  The Clinic is open for walk-in consultations on Wednesdays from 10:00 a.m. to 12:00 p.m., and 1:00 p.m. to 3:00 p.m., no appointment necessary.  To make an appointment and for more information, Plaintiff may contact Public Counsel at (213) 835-2977, ext. 270, or submit an on-line request for services at https://publiccounsel.org/services/federal-court/application-for-services/.